IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr409

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| TIMOTHY MARK JOHNSTON | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 14).

**IT IS, THEREFORE, ORDERED** that the government is granted leave to dismiss the indictment in the above captioned case without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 14, 2008

Robert J. Conrad, Jr.
Chief United States District Judge